In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00084-CR**
_____

**VERONICA RANDALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 18-29579**

**MEMORANDUM OPINION**

The State indicted Veronica Randall for Felony Theft, a state jail felony. *See* Tex. Penal Code Ann. § 31.03(e)(4)(D). On November 26, 2018, Randall pled guilty without the benefit of a plea agreement and true to one enhancement paragraph. On February 11, 2019, after waiving her right to a jury trial, the trial court held a bench hearing and sentenced Randall to one-year confinement in the Institutional Division of the Texas Department of Criminal Justice. The trial court certified that this was

1

not a plea-bargain case and Randall had the right of appeal. Randall timely filed a notice of appeal.

The attorney appointed to represent Randall in her appeal filed an *Anders* brief which asserted that the attorney diligently reviewed the record and found no meritorious claims on which to appeal Randall's sentence and that any appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744–45 (1967); *High v. State*, 573 S.W.2d 807, 810–13 (Tex. Crim. App. [Panel Op.] 1978). Counsel served Randall with a copy of the *Anders* brief filed on her behalf. This Court notified Randall of her right to file a *pro se* response, as well as the deadline for doing so. This Court did not receive a *pro se* response.

We have independently reviewed the record, and we agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record that arguably might support an appeal. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (stating that the reviewing court must determine whether arguable grounds for review exist). The Court concludes it is unnecessary for us to order appointment of new counsel to re-brief this appeal. *Cf. id.* As no arguable grounds exist to support the appeal, we affirm the trial court's judgment.[1]

---

[1] Randall may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on November 26, 2019
Opinion Delivered December 11, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.